NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UCB, INC., UCB BIOPHARMA SPRL, RESEARCH CORPORATION TECHNOLOGIES, INC., HARRIS FRC CORPORATION,**
*Plaintiffs-Appellees*

v.

**ACCORD HEALTHCARE, INC., INTAS PHARMACEUTICALS LTD., MYLAN PHARMACEUTICALS INC., MYLAN INC., ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LIMITED, AMNEAL PHARMACEUTICALS LLC, AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., BRECKENRIDGE PHARMACEUTICAL, INC., SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES,LTD., WATSON LABORATORIES, INC. - FLORIDA, nka Actavis Laboratories FL, Inc., WATSON PHARMA, INC., nka Actavis Pharma, Inc., MSN LABORATORIES PVT. LTD., ALEMBIC PHARMACEUTICALS LTD., APOTEX CORP., APOTEX INC.,**
*Defendants-Appellants*

**ALEMBIC PHARMA LIMITED, ACTAVIS, INC., nka Allergan Finance LLC,**
*Defendants*

---

2016-2610, -2683, -2685, -2698, -2710, 2017-1001

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-01206-LPS, 1:13-cv-01207-LPS, 1:13-cv-01208-LPS, 1:13-cv-01209-LPS, 1:13-cv-01210-LPS, 1:13-cv-01211-LPS, 1:13-cv-01212-LPS, 1:13-cv-01213-LPS, 1:13-cv-01214-LPS, 1:13-cv-01215-LPS, 1:13-cv-01216-LPS, 1:13-cv-01218-LPS, 1:13-cv-01219-LPS, 1:13-cv-01220-LPS, and 1:14-cv-00834-LPS, Chief Judge Leonard P. Stark.

---

**ON MOTION**

---

**O R D E R**

UCB, Inc., UCB BioPharma SPRL, Research Corporation Technologies, Inc., Harris FRC Corporation, Watson Laboratories, Inc. – Florida (n/k/a Actavis Laboratories FL, Inc.), and Watson Pharma, Inc. (n/k/a Actavis Pharma, Inc.) jointly move to dismiss Actavis, Inc. (n/k/a Allergan Finance LLC) from these appeals.

Because Actavis was a party in the district court proceedings now on appeal, Actavis will remain in the caption but only as a defendant rather than a defendant-appellant to indicate that it is not a party to these appeals.

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent that the official caption is revised to reflect that Actavis is not a party to these appeals.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court

s32